## No. 6493.

### THE STATE EX REL. CONRAD DUVIC VS. THE JUDGE OF THE FOURTH DISTRICT COURT.

A rule having been taken in the lower court to test the sufficiency of the securities on a suspensive appeal bond, which upon trial therein was made absolute, and the bond rejected, the plaintiff in judgment and rule was proceeding to execute his judgment, when the defendant obtained from this court a provisional prohibition. Upon hearing, the evidence sustained the judge's ruling, and the prohibition was refused.

FOR a writ of prohibition.

*John & C. B. Ray* for Relator.    *Hornor & Benedict* and *Baker* for Respondent.

MANNING, C. J., delivered the opinion refusing the writ.

## No. 6636.

### JOSEPH RAYMOND VS. UNION NATIONAL BANK ET AL.

An injunction obtained by a judgment debtor, restraining the sale of his property to satisfy the judgment, upon the ground that the same had been paid, must be dissolved with damages upon his failure to prove his allegations.

Where the notice in executory process is given by the sheriff instead of the clerk, and is not made one of the grounds of injunction, it is an irregularity merely, which is waived by the non-action of the debtor.

APPEAL from the Fifth District Court of New Orleans.    CULLOM, J.

*J. S. Whitaker* and *Pierce* for Plaintiff Appellant.    *Louque* and *C. Hunt* for Defendants.

SPENCER, J., delivered the opinion of the court affirming the judgment.